Matter of 3649 Erie, LLC v Onondaga County Indus. Dev. Agency (2025 NY Slip Op 01556)

Matter of 3649 Erie, LLC v Onondaga County Indus. Dev. Agency

2025 NY Slip Op 01556

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (628.1/24) OP 24-00426.

[*1]IN THE MATTER OF 3649 ERIE, LLC, PETITIONER,
v
ONONDAGA COUNTY INDUSTRIAL DEVELOPMENT AGENCY, AND OHB REDEV, LLC, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.